# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

GILBERT BRYAN,

        Plaintiff,

v.

LENDMARK FINANCIAL
SERVICES LLC,

        Defendant.

Case No. 5:26-cv-00103-BO-RJ

## **DEFENDANT'S MOTION TO DISMISS**

NOW COMES Defendant Lendmark Financial Services, LLC ("Lendmark" or "Defendant"), pursuant to Local Rule 7.01 and Rule 12(b)(6) of the Federal Rules of Civil Procedure and moves this Court to dismiss with prejudice all claims asserted against it in Plaintiff's Complaint (D.E. 1).

This Motion is based on the Complaint, as well as the reasons more fully set forth in Lendmark's Memorandum of Law in Support of its Motion to Dismiss filed contemporaneously herewith. In short, Plaintiff has failed to state any claim against Lendmark for which relief may be granted, and thus, Plaintiff's Complaint must be dismissed in accordance with FED. R. CIV. P. 12(b)(6).

WHEREFORE, Defendant Lendmark Financial Services, LLC respectfully requests that this Court grant its Motion to Dismiss and dismiss with prejudice any and all claims against it and grant Lendmark its attorneys' fees and costs for defending against Plaintiff's frivolous claims.

Dated: February 27, 2026.

1

HOLLAND & KNIGHT LLP

By: /s/ Nishma Patel
Nishma Patel N.C. Bar No. 50922
1120 S. Tryon Street, Suite 900
Charlotte, North Carolina 28203
Phone 980.215.7797
Fax 980.215.7771
nishma.patel@hklaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2026, I electronically filed the foregoing document

with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served

this day on all parties of record via transmission of Notices of Electronic Filing generated by

CM/ECF, and also via U.S. First Class Mail and email addressed to:

> Gilbert Bryan
> 5506 Dodge Drive
> Fayetteville, NC 28314
> Gbryan115@gmail.com

*/s/ Nishma Patel*_____
Nishma Patel
*Counsel for Defendant*
