# EXHIBIT A

Adverse Action Notice



**Lendmark Financial Services®**

1400 WALTER REED ROAD EXT.
SUITE 110
FAYETTEVILLE, NC 28304

------ manifest line ---------

10/09/2025

GILBERT BRYAN

FOREST PARK, GA 30297-2485

## STATEMENT OF CREDIT DENIAL, COUNTEROFFER, TERMINATION OR CHANGE

Applicant(s): Gilbert Bryan

Description of Account, Transaction or Requested Credit
Date: 10/09/2025
Amount Requested: $8,000.00
Purpose: Direct Purchase
Application No: 7782

Description of Action Taken: *Credit Denied*

Part I. Principal reason(s) for credit denial, counteroffer, termination or other action taken concerning credit. In compliance with Regulation B (Equal Credit Opportunity Act), you are advised that your recent application for credit has been declined/terminated/changed. The decision to deny/terminate/change your application was based on the following reason(s):
INSUFFICIENT PAYMENT ACTIVITY OVER THE LAST YEAR.
BALANCE OF NON-MORTGAGE ACCOUNTS IS TOO HIGH.
LENGTH OF TIME SINCE MOST RECENT INSTALLMENT DELINQUENCY IS TOO SHORT.

Part II. Disclosure of use of information:
☒ If checked, we obtained information from a credit-reporting agency and that information influenced our credit decision in whole or in part, its name, address, and telephone numbers are listed below. The reporting agency played no part in our decision other than providing us with credit information about you and is unable to provide you with specific reasons about our credit decision. Under the Fair Credit Reporting Act, you have a right to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the credit-reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information in your file by contacting:

Name: TransUnion
Address: 555 W. Adams Street, Chicago, IL 60661
Telephone: (800) 916-8800

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. You credit score can change, depending on how the information in your consumer report changes.

Your credit score:
Date: 10/09/2025
Score range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:
Lack of real estate secured loan information.
Balances on bankcards are too high.
Too many delinquent or derogatory accounts.
Balances on delinquent or derogatory bankcards are too high.

If you have any questions regarding your credit score, you should contact:

> Name: TransUnion
> Address: 555 W. Adams Street Chicago, IL 60661
> Telephone: (800) 916-8800

☐ If checked, our credit decision was based in whole or in part on information obtained from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, you should contact:

> Lendmark Financial Services
> 1400 Walter Reed Road Ext.
> Suite 110
> Fayetteville, NC 28304
> Telephone Number: (910) 484-7605

Part III. <u>COUNTEROFFER</u> We are unable to offer credit on the terms that you requested above.

☐ If checked, we can however, offer you credit on the following terms:



If this is acceptable to you, please notify us within 10 days at the following address:

> Lendmark Financial Services
> 1400 Walter Reed Road Ext.
> Suite 110
> Fayetteville, NC 28304
> Telephone Number: (910) 484-7605

FOR OHIO RESIDENTS ONLY- The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applications of the basis of race, color, religion, sex, national origin, marital status, and age (providing that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580.

Should you have any additional information which might assist us in evaluating your creditworthiness, please let us know. Thank you for your application.

Date: 10/09/2025   By: Tachae Pone