# EXHIBIT B

Plaintiff's Letter to Lendmark

From: Gilbert: Family of Bryan, Agent for Principal GILBERT BRYAN, and Beneficiary Without Prejudice

▮▮▮▮▮▮▮▮▮▮

Forest Park, Georgia 30297

To: Ted: Family of Owen, Branch Manager
Lendmark Financial Services, LLC
1400 Walter Reed Road Ext., Suite 110
Fayetteville, NC 28304
Certified Mail, return receipt requested #9589 0710 5270 0434 3364 99

To: David: Family of Neaves Chief Financial Officer (CFO)
Lendmark Financial Services, LLC
1735 North Brown Road, Suite 300
Lawrenceville, GA 30043
Certified Mail, return receipt requested #9589 0710 5270 0434 3364 82

Re: Credit Application No. 00290001657782
Date: November 3, 2025

## NOTICE OF CLAIM TO INTEREST AND FORMAL REQUEST FOR DISCLOSURE

### Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent

I am the agent Bryan, Gilbert on behalf of the Principal GILBERT BRYAN; here to accept all titles, rights, interests and guaranteed equity that's owed to the Principal GILBERT BRYAN.

This letter serves as a formal notice and claim regarding the denial of Principal GILBERT BRYAN's credit application in the amount of $8,000 for direct vehicle purchase, as stated in your correspondence dated 10/09/2025.

Pursuant to the Truth In Lending Act (15 U.S.C. §1601 et seq.), Equal Credit Opportunity Act (15 U.S.C. §1691 et seq.), and Fair Credit Reporting Act (15 U.S.C. §1681g), the Principal is entitled to an equitable, transparent review, including clear explanation for any adverse action.

Your denial cites the following reasons:

- Insufficient payment activity over the last year
- Non-mortgage account balances too high
- Recent installment delinquency
- High balances on bankcards

1

- Too many delinquent or derogatory accounts

You have noted that TransUnion provided the consumer credit information and that the Principal's credit score is 603, with a range from 300 to 850. The Principal acknowledges the right to request a free copy of the consumer report and to dispute any inaccuracies, as provided under federal law.

However, the Principal asserts that the use of his personal identification and SSN in the application initiated a Consumer Credit Transaction, establishing ownership of the collateral. Further, continued denial without comprehensive and lawful justification may constitute deprivation of property under the Fifth and Fourteenth Amendments of the U.S. Constitution.

Demand:

1. Provide, within five (5) business days, full written disclosure and documentation supporting the denial, including any outside or third-party information used.
2. Apply any proper credit or proceeds in accordance with federal consumer credit laws to Application No. 00290001657782.
3. Respond to this notice in writing at the above address. Silence beyond five (5) business days will be treated as acquiescence and completion of required actions.

Should you have any questions regarding this request, reply in writing. This correspondence and all attachments will form part of the administrative record related to this transaction.

Respectfully,

*Gilbert Bry* (signature)

By: Bryan, Gilbert, Agent
For: GILBERT BRYAN, Principal

2

# Lendmark
## Financial Services®

1400 WALTER REED ROAD EXT.
SUITE 110
FAYETTEVILLE, NC 28304

AB 01 002524 62185 H 13 A

GILBERT BRYAN

FOREST PARK, GA 30297-2485

10/09/2025

## STATEMENT OF CREDIT DENIAL, COUNTEROFFER, TERMINATION OR CHANGE

Applicant(s): Gilbert Bryan

Description of Account, Transaction or Requested Credit
Date: 10/09/2025
Amount Requested: $8,000.00
Purpose: Direct Purchase
Application No: 7782

Description of Action Taken: **Credit Denied**

Part I. Principal reason(s) for credit denial, counteroffer, termination or other action taken concerning credit. In compliance with Regulation B (Equal Credit Opportunity Act), you are advised that your recent application for credit has been declined/terminated/changed. The decision to deny/terminate/change your application was based on the following reason(s):
INSUFFICIENT PAYMENT ACTIVITY OVER THE LAST YEAR.
BALANCE OF NON-MORTGAGE ACCOUNTS IS TOO HIGH.
LENGTH OF TIME SINCE MOST RECENT INSTALLMENT DELINQUENCY IS TOO SHORT.

Part II. Disclosure of use of information:
[X] If checked, we obtained information from a credit-reporting agency and that information influenced our credit decision in whole or in part, its name, address, and telephone numbers are listed below. The reporting agency played no part in our decision other than providing us with credit information about you and is unable to provide you with specific reasons about our credit decision. Under the Fair Credit Reporting Act, you have a right to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the credit-reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. You can find out about the information in your file by contacting:

Name: TransUnion
Address: 555 W. Adams Street, Chicago, IL 60661
Telephone: (800) 916-8800

We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. You credit score can change, depending on how the information in your consumer report changes.

Your credit score:
Date: 10/09/2025
Score range from a low of 300 to a high of 850.

<<CONTINUED ON BACK OF PAGE>>
Page 1 of 2

LTRAA 12/23
©Lendmark Financial Services LLC

Key factors that adversely affected your credit score:
Lack of real estate secured loan information.
Balances on bankcards are too high.
Too many delinquent or derogatory accounts.
Balances on delinquent or derogatory bankcards are too high.

If you have any questions regarding your credit score, you should contact:

> Name: TransUnion
> Address: 555 W. Adams Street Chicago, IL 60661
> Telephone: (800) 916-8800

☐ If checked, our credit decision was based in whole or in part on information obtained from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

If you have any questions regarding this notice, you should contact:

> Lendmark Financial Services
> 1400 Walter Reed Road Ext.
> Suite 110
> Fayetteville, NC 28304
> Telephone Number: (910) 484-7605

Part III. COUNTEROFFER We are unable to offer credit on the terms that you requested above.

☐ If checked, we can however, offer you credit on the following terms:

If this is acceptable to you, please notify us within 10 days at the following address:

> Lendmark Financial Services
> 1400 Walter Reed Road Ext.
> Suite 110
> Fayetteville, NC 28304
> Telephone Number: (910) 484-7605

FOR OHIO RESIDENTS ONLY- The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applications of the basis of race, color, religion, sex, national origin, marital status, and age (providing that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580.

Should you have any additional information which might assist us in evaluating your creditworthiness, please let us know. Thank you for your application.

Date: 10/09/2025 By: Tachae Pone

# NORTH CAROLINA STATUTORY SHORT FORM POWER OF ATTORNEY

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE DEFINED IN CHAPTER 32C OF THE NORTH CAROLINA GENERAL STATUTES, WHICH EXPRESSLY PERMITS THE USE OF ANY OTHER OR DIFFERENT FORM OF POWER OF ATTORNEY DESIRED BY THE PARTIES CONCERNED.

## IMPORTANT INFORMATION

This power of attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in the North Carolina Uniform Power of Attorney Act.

This power of attorney does not authorize the agent to make health-care decisions for you.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the power of attorney or the agent resigns or is unable to act for you.

Your agent is entitled to reasonable compensation unless you state otherwise in the Additional Provisions and Exclusions.

This form provides for designation of one agent, a successor agent, and a second successor agent. If you wish to name more than one agent, successor agent, and second successor agent, you may name a coagent, successor coagent, or second successor coagent in the Additional Provisions and Exclusions. Coagents, successor coagents, or second successor coagents are not required to act together unless you include that requirement in the Additional Provisions and Exclusions.

If your agent is unable or unwilling to act for you, your power of attorney will end unless you have named a successor agent. You may also name a second successor agent.

This power of attorney becomes effective immediately.

If you have questions about the power of attorney or the authority you are granting to your agent, you should seek legal advice before signing this form.

## DESIGNATION OF AGENT

I, GILBERT BRYAN, with a mailing address of ███████████████, FT. BRAGG, North Carolina, 28307, name the following person as my agent:

**Name of Agent:** Gilbert Bryan with a mailing address of ███████████████ Fayetteville, North Carolina, 28314.

## DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

Page 1

If my agent is unable or unwilling to act for me, I name as my successor agent:

**Name of Successor Agent**: N/A

If my successor agent is unable or unwilling to act for me, I name as my second successor agent:

*INITIAL below if you want to give an agent the power to name a successor agent.*

( GB ) I give to my acting agent the full power to appoint another to act as my agent, and full power to revoke such appointment, if no agent named by me above is willing or able to act.

**GRANT OF GENERAL AUTHORITY**

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined in the North Carolina Uniform Power of Attorney Act, Chapter 32C of the General Statutes:

*(INITIAL each subject you want to include in the agent's general authority.)*

( GB ) Real Property

( GB ) Tangible Personal Property

( GB ) Stocks and Bonds

( GB ) Commodities and Option

( GB ) Banks and Other Financial Institutions

( GB ) Operation of Entity

( GB ) Insurance and Annuities

( GB ) Estates, Trusts, and Other Beneficial Interests

( GB ) Claims and Litigation

( GB ) Personal and Family Maintenance

( GB ) Benefits from Governmental Programs or Civil or Military Service

( GB ) Retirement Plans

( GB ) Taxes

**GRANT OF SPECIFIC AUTHORITY**
**(OPTIONAL)**

My agent MAY NOT do any of the following specific acts for me UNLESS I have INITIALED the specific authority listed below:

(*CAUTION: Granting any of the following will give your agent the authority to take actions that could significantly reduce your property or change how your property is distributed at your death. INITIAL ONLY the specific authority you WANT to give your agent.*)

( GB ) Make a gift, subject to the limitations provided in G.S. 32C-2-217

( GB ) Create or change rights of survivorship

( GB ) Create or change a beneficiary designation

( GB ) Authorize another person to exercise the authority granted under this power of attorney

( GB ) Waive my right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan

( GB ) Exercise fiduciary powers that I have authority to delegate

( GB ) Disclaim or refuse an interest in property, including a power of appointment

( GB ) Access the content of electronic communications

### EXERCISE OF SPECIFIC AUTHORITY IN FAVOR OF AGENT
### (OPTIONAL)

( GB ) UNLESS INITIALED, my agent MAY NOT exercise any of the grants of specific authority initialed above in favor of the agent or an individual to whom the agent owes a legal obligation of support.

### ADDITIONAL PROVISIONS AND EXCLUSIONS
### (OPTIONAL)

( GB ) The agent will have any and all powers concerning the principle and principle's estate.

### EFFECTIVE DATE

This power of attorney is effective immediately.

### NOMINATION OF GUARDIAN
### (OPTIONAL)

*INITIAL below ONLY if you WANT your acting agent to be your Guardian.*

( GB ) If it becomes necessary for a court to appoint a guardian of my estate or a general guardian, I nominate my agent acting under this power of attorney to be the guardian to serve without bond or other security.

Page 3

## RELIANCE ON THIS POWER OF ATTORNEY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows it has terminated or is invalid.

## MEANING AND EFFECT

The meaning and effect of this power of attorney shall for all purposes be determined by the law of the State of North Carolina.

## SIGNATURE AND ACKNOWLEDGEMENT

Principal's Signature _/s/ Gilbert Bryan_ Date _12/7/2023_
Printed Name: GILBERT BRYAN

State of *North Carolina*

County of *Cumberland*

I certify that the following person personally appeared before me this day, acknowledging to me that he or she signed the foregoing document: North Carolina Durable Power of Attorney for GILBERT BRYAN.

Date: 12/7/2023

(Official Seal)

_____
Signature of Notary Public

Notary Public, *Loleta L. Wilkerson*
Printed or typed name

My Commission Expires: 03/01/2025

Page 5