# EXHIBIT C

Lendmark's Response to Plaintiff



November 25, 2025

Gilbert Bryan

███████████████

Forest Park, GA 30297

Dear Gilbert Bryan,

Lendmark Financial Services, LLC (hereinafter referred to as "Lendmark") is in receipt of your consumer complaint. We have had the opportunity to review the complaint and have addressed your concerns as follows.

You submitted a loan application on August 20, 2025, in connection with the application we accessed your credit report, as fully disclosed at the time of application, and the application was denied due to your credit profile in accordance with our underwriting policies. You received a Statement of Credit Denial, Counteroffer, Termination or Change letter in the mail outlining reason(s) why we were unable to extend credit to you at this time and how you can obtain a copy of your credit report.

We trust this resolves the complaint brought forth. Should you have any further questions, please do not hesitate to contact Lendmark Financial Services by utilizing our customer contact email address below.
customercare@lendmarkfinancial.com

Sincerely,

Lendmark Compliance Department