**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**CASE NO. 5:26-cv-00103-BO-RJ**

GILBERT BRYAN,

   Plaintiff,

v.

LENDMARK FINANCIAL
SERVICES LLC,

   Defendant.

**NOTICE OF SUBSTITUTION**
**OF COUNSEL**

   Pursuant to Local Civil Rule 5.2(c) for the Eastern District of North Carolina, please take notice that Abigail A. Grise of Holland & Knight LLP hereby enters her appearance as counsel of record for Defendant Lendmark Financial Services, LLC, and that Nishma Patel hereby withdraws as counsel of record for that same Defendant in the above-captioned matter.

   Abigail A. Grise is an active member in good standing of the bar of this Court. Ms. Grise is aware of and will comply with all pending deadlines in this case, including proceeding with any scheduled trials or hearings.

   Respectfully submitted this 4th day of August, 2026,

         **HOLLAND & KNIGHT LLP**

         By: */s/ Abigail A. Grise*
         Abigail A. Grise (N.C. Bar No. 64811)
         1120 S. Tryon St., Suite 900
         Charlotte, NC 28203
         Telephone: (704) 401-0413
         Abigail.grise@hklaw.com

         */s/ Nishma Patel*
         Nishma Patel (N.C. Bar No. 50922)

**<u>CERTIFICATE OF SERVICE</u>**

I, Abigail A. Grise, do hereby certify that on this 4th day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification to all parties and/or counsel of record in this matter.

*/s/ Abigail A. Grise*